## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

---

## COMPLAINT FORM

DR. MD RABBI ALAM,

PLAINTIFF,

> Case: 2:25-cv-12592
> Judge: DeClercq, Susan K.
> MJ: Patti, Anthony P.
> Filed: 08-20-2025
> CMP Rabbi Alam, MD v.
> Hamtramck Police Department (tt)

VS

CASE NO._____

1. HAMTRAMCK POLICE DEPARTMENT
2. OFFICER BROWN
3. OFFICER NAGI
4. OFFICER CHOWDHURY, AND
5. OFFICER GONZALEZ

DEFENDANT(s)

**Details Informations:**

**The Plaintiff:**

Name DR. MD RABBI ALAM

Street Address: 17430 JOSEPH CAMPAU AVE

City and County State and Zip Code: Detroit, Michigan, Wayne County, MI 48212, USA.

Telephone Number +1.816.372.1873

E-mail Address    MDRABBIALAM@GMAIL.COM

## <u>ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL</u>

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## <u>The defendant(s)</u>

1. Name: <u>HAMTRAMCK POLICE DEPARTMENT</u>___, is a Police Department in the Municipal city of Hamtramk, located in Wayne County in the State of Michigan, USA. 3401 Evaline St, Hamtramck, MI 48212. USA.

2. Name<u>: OFFICER BROWN </u>is a Police officer in the Hamtramck Police Department, Wayne County, Michigan, USA. 3401 Evaline St, Hamtramck, MI 48212. USA.

3. Name<u>: OFFICER NAGI </u>is a Police officer in the Hamtramck Police Department, Wayne County, Michigan, USA. 3401 Evaline St, Hamtramck, MI 48212. USA.

4. Name<u>: OFFICER CHOWDHURY </u>is a Police officer in the Hamtramck Police Department, Wayne County, Michigan, USA. 3401 Evaline St, Hamtramck, MI 48212. USA.

5. Name<u>: OFFICER GONZALEZ </u>is a Police officer in the Hamtramck Police Department, Wayne County, Michigan, USA. 3401 Evaline St, Hamtramck, MI 48212. USA.

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. This is a civil rights action brought under 42 U.S.C. §1983 and other applicable state and federal laws for violations of Plaintiff's constitutional rights, defamation, assault, battery, intentional infliction of emotional distress, and discrimination.

2. Plaintiff, **Dr. MD Rabbi Alam**, a United States Army veteran, international political leader, and globally recognized public figure, seeks compensatory and punitive damages arising from the misconduct of the Hamtramck Police Department and individual officers during the Bangladeshi Festival held on **August 10, 2025** in Hamtramck, Michigan.

3. This is a civil rights action brought under **42 U.S.C. § 1983**, the **First, Fourth, and Fourteenth Amendments** of the U.S. Constitution, and the laws of Michigan, arising from a malicious, humiliating, and discriminatory assault by members of the **Hamtramck Police Department** upon Plaintiff **Dr. MD Rabbi Alam**, a decorated U.S. Army veteran, political leader, and public figure, on **August 10, 2025**, during the Bangladeshi Festival in Hamtramck, Michigan.

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

4. Plaintiff was **denied entry** to the festival stage despite holding a valid **VIP badge**, which was forcibly torn from him by police officers, who then **threw the pieces into his face, shoved, grabbed, and verbally abused him** in front of thousands of community members.

5. The incident was not only a **physical and emotional assault**, but also a **public humiliation and defamation**, with police officers yelling derogatory remarks such as *"I know who you are, you are not allowed to come in"*, thereby targeting Plaintiff on the basis of his **religion, ethnicity, and political leadership**.

6. Plaintiff now brings this action seeking **compensatory damages, punitive damages, injunctive relief, and a jury trial** to hold Defendants accountable and deter future misconduct.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1343, as this action arises under the Constitution and laws of the United States.

4. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

## <u>ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL</u>

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

5.  Venue is proper in this District pursuant to 28 U.S.C. §1391, as the events giving

rise to the claims occurred in Hamtramck, Michigan, USA.

## III. PARTIES

6.  Plaintiff, **Dr. MD Rabbi Alam**, is a resident of Michigan, a former **U.S. Army
Sergeant honorably discharged**, a two-war veteran of Iraq and Afghanistan,
and currently employed with the **United States Postal Service**.

7.  Plaintiff is also the **Chairman of Joy Bangla Brigade**, **Vice President of the
Bangladesh Awami League USA Branch**, **President of the Bangabandhu
Society of USA**, and former **Chairman of the United Nations Bangladesh
Development Commission**.

8.  Plaintiff was **directly appointed by HPM Sheikh Hasina, Prime Minister of
Bangladesh**, to serve in the USA Awami League.

9.  Plaintiff is a **nationally and internationally recognized public figure**, having
appeared on **CNN, FOX, BBC, Al Jazeera, NPR, ABC, NBC, New York Times,
New York Post, Voice of America**, and other global outlets. Plaintiff has over **21**

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**million online views**, which has since plummeted due to the events at issue.

10. Defendants are the **Hamtramck Police Department** and its officers, including **Officer Brown, Officer Nagi, Officer Chowdhury, Officer Gonzales**, and other unnamed officers. Each Defendant acted under color of law and within the scope of their employment.

## IV. FACTUAL ALLEGATIONS

11. On August 10, 2025, Plaintiff attended the Bangladeshi Festival in Hamtramck, Michigan, as a **VIP Guest**, carrying a valid **VIP wristband/badge** issued by festival organizers.

12. At approximately 9:30 PM, Plaintiff attempted to enter the designated stage area to join community leaders and international guests.

13. Plaintiff was confronted by Defendant Officer Brown, who **forcibly snatched** Plaintiff's VIP wristband, **tore it into pieces**, and **threw it in Plaintiff's face**.

14. Defendant Officer Nagi yelled at Plaintiff, stating in a derogatory manner: *"I know who you are — you are not allowed to come in.*

15. Defendant Officer Chowdhury shoved Plaintiff while he was standing peacefully.

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

16. Defendant Officer Gonzales further mocked Plaintiff and asked, *"Did you buy the VIP Badge? Where is the receipt?"*

17. These actions were performed in front of **thousands of attendees**, including community members, dignitaries, and international guests, causing Plaintiff humiliation, intimidation, and defamation.

18. Plaintiff was threatened with arrest without warrant, surrounded by multiple officers, and treated with hostility and malice.

19. Police officers at the event displayed **militarized weapons, including AR-15 rifles**, despite the peaceful nature of the cultural gathering, intimidating the Muslim community.

20. Plaintiff immediately sought recourse by speaking with City Councilman Muhith Mahamud, who confirmed Plaintiff's VIP status, and by reporting the incident to Interim Police Chief Andrew Mileski.

21. On August 11, 2025, Plaintiff also reported his concerns to Lieutenant Marvin and filed a citizen complaint form with the Hamtramck Police Department.

22. Following the incident, Plaintiff experienced severe **psychological trauma, anxiety, and panic attacks**.

23. On or about August 12, 2025, Plaintiff sought medical treatment at the **VA Hospital Mental Health Clinic**, where his physicians documented worsening

**ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL**

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

PTSD symptoms directly linked to the assault and humiliation. Plaintiff's medications were **increased** as part of his treatment plan.

24. Plaintiff's symptoms have continued, including disrupted sleep, family strain, emotional breakdowns, and inability to perform professional duties such as hosting international meetings.

25. Plaintiff's online following, which previously reached **over 21 million monthly views**, has sharply declined to **4.6 million**, causing significant reputational and pecuniary losses.

26. Plaintiff in good faith believes Defendants' actions were motivated by racial and religious profiling, as officers targeted him as a Muslim leader and community figure.

27. The officers surrounded Plaintiff, **threatened him with arrest without warrant**, and treated him as a criminal in front of thousands of attendees and community members.

28. The incident was **recorded on video** and has since circulated online, causing **widespread humiliation, defamation, and reputational damage** to Plaintiff.

29. On **August 11, 2025**, Plaintiff met with **Lieutenant Marvin** of HPD to report the incident. He is also in communication with **Sergeant Gola** regarding a departmental grievance.

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

30. Plaintiff believes this incident was rooted in **religious and racial profiling** against Muslim and Bangladeshi community leaders. The statement *"we know who you are"* reveals discriminatory animus.

31. The **Chief of HPD, Jamiel Attaheri**, himself a Muslim, is currently on leave amid allegations of discrimination, reinforcing systemic bias within the department.

32. Plaintiff, as a U.S. Army veteran suffering from **PTSD**, experienced **panic attacks, anxiety, insomnia, emotional trauma, and strain in his family relationships** following the incident.

33. Plaintiff previously enjoyed over **21 million online views monthly** as a global public figure, which has now dropped to **4.6 million**, causing **pecuniary and reputational damages**.

34. Plaintiff's inability to host his daily **Global Zoom Meetings** and maintain direct engagement with **Prime Minister Sheikh Hasina** and international leaders has caused further **loss of quality of life, liberty, and pursuit of happiness**.

35. Defendants' conduct was **malicious, reckless, and done with callous disregard** for Plaintiff's constitutional rights, reputation, and dignity.

36. Plaintiff had purchased 5 raffle draw tickets each $5 total of $25 for the grand drawing on August 10th 2025. Plaintiff was denied the chance to participate for the Raffel Drawing where many prizes were open for the participants. The plaintiff was denied the opportunities. Those raffle tickets were never used by the

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

plaintiff. The Raffle Tickets numbers are as following: 1: # 0147, 2: # 0148, 3: # 0149, 4: # 0197 and 5: # 0199.

37. The VIP wrist Band/badge was given to the Plaintiff by the Hamtramck City Councilman Mr. Muhith Mahmood and the VIP wrist band was new and it was never used by the Plaintiff yet it was snatched and torn by the Defendant Officer Brown and thrown on Plaintiff's face.

## V. DAMAGES

38. As a direct and proximate result of Defendants' actions, Plaintiff has suffered:

- Severe **emotional distress, humiliation, PTSD aggravation, panic attacks, and insomnia**.

- **Loss of quality of life**, including diminished ability to enjoy family time and social relationships.

- **Disruption of international duties**, including daily global Zoom meetings, and impaired ability to communicate directly with **Prime Minister Sheikh Hasina**.

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

- **Reputational harm** on local, national, and international stages, including humiliation before dignitaries and leaders.

- **Loss of online influence**, with over 17 million views lost in less than one week.

- **Pecuniary damages** tied to reputational loss, diminished political opportunities, and loss of professional advancement.

- **Loss of enjoyment of life, liberty, and pursuit of happiness**.

## VI. CAUSES OF ACTION

Count I – Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)

Count II – Assault and Battery

Count III – Intentional Infliction of Emotional Distress

Count IV – Defamation (Slander and Libel, Including Online Dissemination)

Count V – False Imprisonment / Threat of Unlawful Arrest

Count VI – Negligent Hiring, Training, and Supervision (Against Hamtramck Police Department)

Count VII – Discrimination and Racial/Religious Profiling

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

---

## VII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, awarding:

a. **Compensatory damages** in excess of $10,000,000 for emotional distress, reputational harm, pecuniary losses, and constitutional violations;

b. **Punitive damages** against the individual Defendants for their malicious and reckless conduct;

c. **Declaratory relief** that Defendants' actions violated Plaintiff's constitutional rights;

d. **Injunctive relief** requiring the Hamtramck Police Department to adopt anti-discrimination policies and training;

e. **Attorney's fees and costs** under 42 U.S.C. §1988; and

f. Such other and further relief as this Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## <u>ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL</u>

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

---

### CONCLUSION

Plaintiffs beg and respectfully request the Honorable court to focus on the Excessive

Force by officer Chowdhury, breach of Duty of care of Officer Brown, Defamatory and

Dragatory misconduct by officer Nagi and Intentional Emotional Infliction of Distress by

officer Gonzalez and overall unlawful removal by the Hamtramck Police Department as

the totality of unlawful threat of arrest. Plaintiffs seek justice in the merit of the evidence

and witness as well as justice as a matter of the law. Plaintiffs argue that with the

preponderance of evidence there is at least one genuine issue of material fact beyond a

reasonable doubt a Jury should find for the PlaintiffS. Plaintiffs request this Honorable

court to address punitive damage based on the concept of deterrence.


RESPECTFULLY, Submitted and signed by the Plaintiff
Dated: August 19, 2025

*Md Rabbi Alam*   8-19-2025

Dr. MD Rabbi Alam, PHD, JD
Chairman Bangabandhu Commission
President Bangabandhu Parishad USA
Vice President USA Awami League
Founder Joy Bangla Brigade
National Chairman American Muslim Political Action Committee
Pro Se Plaintiff

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN



## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

### Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN



## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN



## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

### Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN





## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

### Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Supervisor to use _____ of sick leave, annual leave, or leave without pay.

Employee Signature           Date

**Privacy Act Statement:** Your information will be used to administer leave. Collection is authorized by 39 USC 401, 404, 1001, 1005, and 1005; and 29 USC 2601 et seq. Providing the information is voluntary, but if not provided, we may not process your request. Your information may be disclosed as follows: in relevant legal proceedings; to law enforcement when the USPS or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities under contract with USPS and/or authorized to perform audits; to labor organizations as required by law; to government agencies regarding personnel matters; to the EEOC; and to the MSPB or Office of Special Counsel. For more information regarding our privacy policies visit www.usps.com/privacy/policy.

**B. Provider Information (To be completed by the health care provider)**

Name of Physician/Provider: Dr Malik Bacho, DO     Specialty: PSYCHIATRY

Name of Health Care Facility: John D. Dingell VAMC     Contact Telephone Number: (313) 576-1020

Please provide details of any treatment required, including the frequency and/or duration of any course of action you may prescribe, that would necessitate the employee taking additional leave from work beyond the date of appointment identified in the Employee Information portion of this verification form.

— MEDICATION MANAGEMENT, CO-ORDINATION OF CARE FOR MENTAL HEALTH TREATMENT

The above-referenced employee is requesting to take leave under the Wounded Warriors Federal Leave Act of 2015 for treatment of a service-connected disability, as certified by the U.S. Department of Veterans Affairs. Treatment is defined as an in-person visit to a health care provider and includes the course of action prescribed by a health care provider. Your signature below, as the health care provider, verifies that the identified employee is undergoing treatment for a certified disabling condition.

Health Care Provider Signature: _____ Date: 11/14-2025

Printed Name: Malik Bacho D.O.

**C. Official Action on Application (Return copy of signed request to employee)**
☐ Approved  ☐ Disapproved

Reason/Reason Code for disapproval (if applicable):

## <u>ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL</u>

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN



### Citizen Concern Form

*The Hamtramck Police Department is committed to service with pride and professionalism.*

*The effectiveness of a law enforcement agency and its members depends upon community respect and confidence. The first goal of our department is to provide fair, efficient service to all our citizens consistent with our established mission statement, policies, procedures, rules, regulations, ethical codes, and administrative or executive orders as established by the department or the City of Hamtramck Government.*

*To advance the mission, it is vitally important that all departmental employees conduct themselves in a manner demonstrating unquestionable integrity, reliability, and honesty. Whether interacting with citizens, testifying in any court or legal proceeding, or providing information in any official setting, the success of a law enforcement agency rests upon the reliability of the member representing that agency.*

*Therefore, all members sworn and civilian must conduct themselves in a manner consistent with policies, procedures, rules, regulations, ethical codes, and administrative or executive orders as established by the department or City of Hamtramck Government. If a member of the public is dissatisfied with the police service he or she has received or has a complaint against an officer or employee of the Hamtramck Police Department, this form is the first step to share your concerns or to file a complaint.*

**Complete the Following Items Fully:**

**Complainant Information:**
Name: Dr Mohammad Alam  Date of Birth: 11.30.1974
Address: 17430 JcS GrCity: Detroit  State: MI  Zip Code: 48212
Phone Number: 816 372 1873  Email: mdrabbialam@gmail.com

Witness Name/Address/Phone: _____

**Incident Information:**
Date & Time of Incident: 8-10-2025; 9:45-10:20 PM  Name of Officer(s): Brown

Description of Officer(s), if name not known:
Race: BL  Sex: M  Height: 6'7  Weight: 220  Age: ___  Dress: ☑ Uniform ☐ Plain Clothes
Other Identifying Characteristics: On duty Reservist at HPD
Officer's Vehicle Number or Description: N/A

IA-CC1-P1
Ver. 12/03/2024

**POOR QUALITY ORIGINAL**

## <u>ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL</u>

### Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

State Your Specific Complaint and Explain the Circumstances, Giving Relevant Facts Known to You.
Use Additional Sheets if Necessary (Describe What Happened in as Much Detail as Possible):

On August 10' 2025 at about 9:45 pm at the
Bangladeshy Music Festivale on Joseph .....
I approached at the Entry Point and the HPD
officers asked for the VIP Badge/wrist
band. I collected my wrist band from
councilman Mohim Mohmud and seen I yelled
at the Entry Point Officer Nago Snatched it
away from me and yelled and Screen that it
Way a used band. Then I told that give it back
to me. He meanwhile, Reservist Brian took it

*In cases of alleged brutality by an officer, this form must be notarized by a valid notary public. In this
case, DO NOT sign the form until you are in the presence of a notary public.

I, Dr. MD ALAM do hereby affirm that the forgoing information provided by me is true and
complete to the best of my knowledge and belief. I understand that any false, misleading or untrue statements,
accusations or allegations herein made by me, in relation to this complaint, either orally or in writing, to any
person of persons investigating this complaint, may subject me to civil suit and/or criminal prosecution. I realize
that it may become necessary in the investigation of this complaint for me to meet with a member or members
of the Hamtramck Police Department to discuss this complaint, either in the presence or absence of the accused
officer(s), at the discretion of the department.

Signed: _____ this 11 day of August in the year 2025
in the City of Hamtramck , County of Wayne , State of Michigan

All information on the above form is to the best of my knowledge and belief, true and correct.

_____
Signature of Complainant / Citizen

STATE OF Michigan
COUNTY OF Macomb

Sworn to and subscribed before me this day of 11 , 20 25 , by Mary McKrzan

_____  My Commission Expires: 12-24-2030
Notary Public

MARY MOKRZAN
Notary Public - State of Michigan
County of Macomb
My Commission Expires Dec 24, 2030
Acting in the County of _____

IA-CCI-P2
Ver. 12/03/2024

**POOR QUALITY ORIGINAL**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DR. MD RABBI ALAM

**(b)** County of Residence of First Listed Plaintiff  Wayne County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PRO SE  *Md Rabbi Alam*
*8-19-2025*

### DEFENDANTS

Hamtramck Police Department, Officer Nagi, Officer Brown, Officer Chowdhury, Officer Gonzalez

County of Residence of First Listed Defendant  Wayne County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | | [ ] 840 Trademark | [ ] 460 Deportation |
| | | [ ] 371 Truth in Lending | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §1983 – Violation of Civil Rights, Assault, Battery, Defamation, Emotional Distress, False Imprisonment, Discrimination

Brief description of cause:
42 U.S.C. §1983 – Violation of Civil Rights, Assault, Battery, Defamation, Emotional Distress, False Imprisonment, Discrimination

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 10,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE _____   DOCKET NUMBER _____

DATE
August 19, 2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

 (b)   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

 (c)   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI.   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

*Md Rabbi Alam*
*8-19-2025*

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Address: 17430 Joseph Campau Ave

Detroit, MI 48212, USA

Phone: +1.816.372.1873

Email: MDRABBIALAM@GMAIL.COM

Dated: AUGUST 19, 2025. USA
        UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

---

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

### CERTIFICATE OF SERVICE

I am DR. MD Rabbi Alam, I am certifying and testifying that on the 19TH Day of AUGUST, 2025, I personally filed the following document(s) electronically/via the United States Postal Services with the Clerk of the Court using the PACER MI-ECF System which will send notification of such filling to all ECF participants in this case:

Documents Served:

- Complaints
- Judicial Notes
- Writs
- Evidence of Defendant's Publications, Presentation, Forecasting, Defamatory Memorandum by defendant Muhammad Yunus.

*Md Rabbi Alam*          8-19-2025

DR MD RABBI ALAM

Plaintiffs, Pro Se

17430 JOSEPH CAMPAU, DETROIT, MICHIGAN, USA 48212.

Telephone: (816) 372-1873.

Email: mdrabbialam@gmail.com

## <u>ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL</u>

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

---

## COVER LETTER TO THE CLERK OF THE COURT

**Clerk of Court**
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 559
Detroit, MI 48226

**Re: Filing of Pro Se Civil Complaint – Alam v. Hamtramck Police Department et al.**

Dear Clerk of Court,

Enclosed please find the following documents for filing in the above-referenced matter:

1. **Original Complaint** with Jury Demand.

2. **Civil Cover Sheet (JS-44).**

3. **Motion to Proceed In Forma Pauperis** with supporting financial affidavit.

I respectfully request:

- That the Court accept my filing and assign a **case number**.

- That the Clerk **issue the summonses** for service on the Defendants.

- That if my **IFP motion is granted**, the Court directs the U.S. Marshals Service to serve the summonses and complaint on the Defendants.

Please date-stamp and return a copy of the cover page of the Complaint for my records in the enclosed self-addressed stamped envelope (if submitting by mail).

Thank you for your assistance.

## ALAM v. HAMTRAMCK POLICE DEPARTMENT ET AL

**Violation of Civil Rights (42 U.S.C. §1983, Fourth & Fourteenth Amendments)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

Respectfully submitted,

*Md Rabbi Alam*

Signature: _____

DR MD RABBI ALAM        8-19-2025

Plaintiffs, Pro Se

17430 JOSEPH CAMPAU, DETROIT, MICHIGAN, USA 48212.
Telephone: (816) 372-1873.
Email: mdrabbialam@gmail.com