UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RABBI ALAM,

      Plaintiff,              Case No. 2:25-cv-12592

v.                               Honorable Susan K. DeClercq
                                  United States District Judge

HAMTRAMCK
POLICE DEPARTMENT, et al,

      Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (ECF No. 5)**

On August 20, 2025, Plaintiff Rabbi Alam filed a complaint alleging various civil rights violations against Defendants Hamtramck Police Department (HPD) and four HPD officers. ECF No. 1. On September 2, 2025, Plaintiff filed a motion for leave to file an amended complaint for the purpose of adding Count VIII, which alleges municipal liability against "the City of Hamtramck, through its Police Department and policymakers, [for] maintain[ing] unconstitutional policies, customs, or failures to adequately train and supervise its officers." ECF No. 5 at PageID.44.

Under Civil Rule 15(a)(1), no later than 21 days after serving a complaint, "[a] party may amend its pleading once as a matter of course." FED. R. CIV. P.

15(a)(1). Because Plaintiff sought to amend his complaint 13 days after filing his initial complaint, he may amend his pleading "through his properly attached reproduction of the entire pleading as amended" without leave of this Court. E.D. Mich. LR 15.1.

Accordingly, it is **ORDERED** that Plaintiff Motion to for Leave to File First Amended Complaint, ECF No. 5, is **GRANTED.**

**This is not a final order and does not close the above-captioned case**.

*/s/Susan K. DeClercq*  
SUSAN K. DeCLERCQ  
United States District Judge

Dated: September 4, 2025